IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN ALFARO, and <br> GEORGANA SZISZAK <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL REMPUSHESKI, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 21-cv-2271 <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Alan Peyrouton (the "Movant") hereby moves this Court, under Local Rule 101.1(c), for entry of an order permitting Nicolas Y. Riley to appear *pro hac vice* before this court in the above-captioned matter as an additional counsel of record for Plaintiffs. In support of this motion, the Movant attaches the Declaration of Nicolas Y. Riley as Exhibit A.

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Mr. Riley *pro hac vice* in the above-captioned case. A proposed order is attached.

Dated: February 25, 2021

/s/ *Alan S. Peyrouton*
Alan S. Peyrouton
Peyrouton Law
200 Passaic St.
Hackensack, NJ 07601
(Office) 201-766-4800
Fax 201-345-3789
alan@peyroutonlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on the Defendant.

*/s/ Alan S. Peyrouton*
Alan S. Peyrouton
