

**CHASAN LAMPARELLO MALLON & CAPPUZZO**

300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ 07094
201 348 6000
CHASANLAW.COM

A PROFESSIONAL CORPORATION
LAW OFFICES
ESTABLISHED 1957

LEONARD V. JONES
201 809 6055 DIRECT
LJONES@CHASANLAW.COM

March 30, 2021

<u>Via ECF</u>
William T. Walsh, Clerk of Court
United States District Court
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07102

      Re: Kevin Alfaro, et al v. Michael Rempusheski
         Civil Action No.: 2:21-cv-02271-MCA-LDW
         <u>Our File No.: 13258-0275</u>

Dear Mr. Walsh:

  This firm represents the interest of defendant, Detective Michael Rempusheski, with regard to the above-captioned matter.

  This application is made pursuant to Local Civil Rule 6.1(b) for a 14-day extension of time to answer otherwise move respecting plaintiff's complaint. Defendants were served with plaintiff's amended complaint on March 18, 2021, and have not yet responded to same. Defendants have not obtained any similar extensions of time.

  Thank you for your attention to this matter.

              Respectfully submitted,

              _____
              Leonard V. Jones
              For the Firm

Cc: Alan Peyrouton, Esq