Leonard V. Jones, Esq. (ID 113352014)
**CHASAN LAMPARELLO MALLON & CAPPUZZO, PC**
300 Lighting Way, Suite 200
Secaucus, New Jersey 07094
201-348-6000
Attorneys for Defendant Michael Rempusheski
Our File No.:  13258-0275

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN ALFARO and GEORGEANA SZISZAK,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL REMPUSHESKI,<br><br>　　　　　Defendant. | CIVIL ACTION<br>Case No. 2:21-cv-2271<br><br>NOTICE OF MOTION TO DISMISS IN LIEU OF ANSWER PLAINTIFF'S COMPLAINT AGAINST DEFENDANT |

TO: Alan G. Peyrouton, Esq.
　　Peyrouton Law
　　200 Passaic St.
　　Hackensack, New Jersey 07601
　　Attorneys for Plaintiffs,
　　Kevin Alfaro and Georgeano Sziszak

COUNSEL:

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned attorneys for Defendant Michael Rempusheski shall apply before the United States District Court, District of New Jersey, for an Order granting Defendant's Motion to Dismiss Plaintiff's Complaint against Defendant Michael Rempusheski, for failure to state a claim upon which relief may be granted

pursuant to Fed. R. Civ. P. 12(b)(6) in the above- referenced matter.

The movant shall rely upon the annexed Brief and Certification of Counsel with Exhibit in support of this Motion.

A proposed form of Order is attached hereto.

Oral argument is requested if timely opposition is filed.

> CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
> Attorneys for Defendant Michael Rempusheski
>
> By: /s/ Leonard V. Jones
> _____
> LEONARD V. JONES

DATED: April 15, 2021

## CERTIFICATION OF SERVICE

I hereby certify that on April 15, 2021, I caused to be filed with the Clerk of the United States District Court for the District of New Jersey, Newark, New Jersey, via Electronic Filing, Defendant Michael Rempusheski's Notice of Motion to Dismiss Plaintiffs' Complaint against Michael Rempusheski, supporting Brief, Certification of Counsel with Exhibit, and proposed form of Order. On April 15, 2021, I caused to be served copies of the above referenced pleadings via electronic filing upon the following:

Alan G. Peyrouton, Esq.
Peyrouton Law
200 Passaic St.
Hackensack, New Jersey 07601
Attorneys for Plaintiffs,
Kevin Alfaro and Georgeano Sziszak

I hereby certify that the foregoing statements made by me are true. I am aware that if any statement made by me is willfully false, I am subject to punishment.

By: /s/ Leonard V. Jones
       LEONARD V. JONES

**DATED:** April 15, 2021