IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN ALFARO and<br>GEORGANA SZISZAK,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL REMPUSHESKI,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:21-cv-2271<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW MOTION FOR ADMISSION OF ROBERT D. FRIEDMAN PRO HAC VICE

Plaintiffs respectfully move this Court to withdraw the motion of Robert D. Friedman to be admitted pro hac vice. Mr. Friedman will be leaving his employment at the Institute for Constitutional Advocacy and Protection and, as a result, will no longer be representing Plaintiffs in this case.

Dated:      April 22, 2021      Respectfully submitted,

/s/ *Alan G. Peyrouton*
Alan G. Peyrouton
Peyrouton Law
200 Passaic St.
Hackensack, NJ 07601
(Office) 201-766-4800
Fax 201-345-3789
alan@peyroutonlaw.com

Shelby Calambokidis*
Robert D. Friedman*
Nicolas Y. Riley*

        INSTITUTE FOR CONSTITUTIONAL
         ADVOCACY AND PROTECTION
        Georgetown University Law Center
        600 New Jersey Ave. NW
        Washington, D.C. 20001
        Tel: 202-662-9042
        sc2053@georgetown.edu
        rdf34@georgetown.edu
        nr537@georgetown.edu

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

  The undersigned counsel certifies that on April 22, 2021, the foregoing was served on all counsel of record via the CM/ECF system.

s/ Alan G. Peyrouton<br>
Alan G. Peyrouton