April 22, 2021

**<u>Via ECF</u>**
The Honorable Madeline Cox Arleo
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Alfaro v. Rempusheski*, No. 2:21-cv-02271-MCA-LDW

Dear Judge Arleo:

    I represent the Plaintiffs in the above-mentioned case, and I am writing to apply for an automatic extension of the deadline to oppose Defendant Michael Rempusheski's motion to dismiss pursuant to Local Rule 7.1(d)(5). Mr. Rempusheski filed a motion to dismiss on April 15, 2021, after successfully seeking a 14-day extension. *See* ECF No. 10; Clerk's Text Order dated April 7, 2021. Therefore, the current motion day is May 17, 2021, and Plaintiffs' opposition is currently due on May 3, 2021.

    Although the motion day has been adjourned once at Defendant's request, Plaintiffs have not previously sought an extension. If granted, the new motion day would be June 7, 2021, as the next available motion day.

    Thank you for your attention to this matter.

    Respectfully submitted,

    s/ Alan G. Peyrouton
    Alan G. Peyrouton
    Peyrouton Law
    200 Passaic St.
    Hackensack, NJ 07601
    (201) 766-4800 (Office)
    (201) 345-3789 (Fax)
    alan@peyroutonlaw.com

    *Counsel for Plaintiffs*

**Cc:**
Leonard V. Jones
James A. Lewis, V
Chasan Lamparello Mallon & Cappuzzo, PC
300 Lighting Way, Suite 200
Secaucus, NJ 07094

*Counsel for Defendant*