

CHASAN LAMPARELLO
MALLON & CAPPUZZO

A PROFESSIONAL CORPORATION
LAW OFFICES
ESTABLISHED 1957

300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ 07094
201 348 6000
CHASANLAW.COM

LEONARD V. JONES
201 809 6055 DIRECT
LJONES@CHASANLAW.COM

May 27, 2021

**Via ECF**
William T. Walsh, Clerk of Court
United States District Court
Martin Luther King Building
50 Walnut Street
Newark, New Jersey 07102

> Re:    **Kevin Alfaro, et al v. Michael Rempusheski**
> **Civil Action No.: 2:21-cv-02271-MCA-LDW**
> **Our File No.: 13258-0275**

Dear Mr. Walsh:

This firm represents the interest of Defendant, Detective Michael Rempusheski, with regard to the above-captioned matter.

Pending before the Court is Defendant's motion to dismiss, returnable on June 7, 2021. Plaintiff's opposition to Defendant's motion was due on May 24, 2021. Defendants' reply to Plaintiff's opposition is currently due on June 1, 2021. However, Defendant is requesting a ten (10) day extension to file a reply to Plaintiff's opposition.

Thank you for your attention to this matter.

Respectfully submitted,

Leonard V. Jones
For the Firm

c: Alan Peyrouton, Esq. (via ECF)

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:
5/28/21