

300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ 07094
201 348 6000
CHASANLAW.COM

A PROFESSIONAL CORPORATION
LAW OFFICES
ESTABLISHED 1957

LEONARD V. JONES
201 809 6055 DIRECT
LJONES@CHASANLAW.COM

June 23, 2021

**VIA ECF & LAWYERS SERVICE**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court of New Jersey
Martin Luther King Building and
United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: **Kevin Alfaro, et al v. Michael Rempusheski**
    **Civil Action No.: 2:21-cv-02271-MCA-LDW**
    **Our File No.: 13258-0275**

Dear Judge Arleo:

  This firm represents Defendant, Detective Michael Rempusheski (hereinafter "Detective Rempusheski"), with regard to the above-captioned matter. Pending before Your Honor is Detective Rempusheski's Motion to Dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

  We write to amend the arguments contained in Detective Rempusheski's reply brief because Plaintiffs' counsel has provided copies of the notice of claims served on Township of Nutley and the Nutley Police Department. Therefore, Plaintiffs' state law claims are not barred. However, Plaintiffs' cannot establish the elements to prevail on their malicious prosecution claim: (1) defendants instituted criminal proceedings against plaintiff; (2) defendants acted with malice; (3) there was no probable cause for the proceedings; and (4) the action was terminated favorably to the plaintiff. Lind v. Schmid, 67 N.J. 255, 262 (1975). Plaintiffs' cannot demonstrate a prima facie case that Detectice Rempusheski engaged in malicious prosecution by issuing complaint summonses at the direction of the Assistant Prosecutor.

  Thus, Plaintiffs' malicious prosecution claims must be dismissed.

Honorable Madeline Cox Arleo, U.S.D.J.
June 23, 2021
Page 2

    Thank you for your attention to this matter.

                                                     Respectfully submitted,

                                                     _____
                                                     Leonard V. Jones
                                                     For the Firm

c:      Alan G. Peyrouton, Esq. (via ECF & e-mail Alan@peyroutonlaw.com)