IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN ALFARO, and <br> GEORGANA SZISZAK <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL REMPUSHESKI, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 21-cv-2271 <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW APPEARANCE OF NICOLAS Y. RILEY

Pursuant to Local Rule 102.1, Plaintiffs respectfully move for leave to withdraw the appearance of Nicolas Y. Riley in this matter due to his departure from Georgetown's Institute for Constitutional Advocacy & Protection.   Undersigned counsel and Shelby Calambokidis will continue to serve as counsel for Plaintiffs.

Dated: July 13, 2021

Respectfully submitted,

*/s/ Alan Peyrouton*
ALAN PEYROUTON
Peyrouton Law
200 Passaic St.
Hackensack, NJ 07601
201-766-4800
alan@peyroutonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ <u>Alan Peyrouton</u><br>
ALAN PEYROUTON