February 10, 2022

**<u>Via ECF</u>**
The Honorable Leda Dunn Wettre
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Alfaro v. Rempusheski*, No. 2:21-cv-02271-MCA-LDW

Dear Judge Wettre:

    I represent the Plaintiffs in the above-captioned matter and write to inform the Court of the parties' joint request to adjourn the Initial Scheduling Conference set for February 16, 2022, and to briefly stay all related discovery obligations while the parties continue settlement negotiations.

    The parties believe they may be close to settling this case. Thus, they respectfully request that the Court allow them two weeks to continue their negotiations without bearing potentially unnecessary costs related to planning and discovery. If the Court grants this request, the parties have agreed to file a status report no later than February 25, 2022, with an update about the status of the negotiations and whether they've reached a settlement agreement.

    Thank you for your consideration.

                                                Respectfully submitted,

                                                s/ Alan G. Peyrouton
                                                Alan G. Peyrouton
                                                Peyrouton Law
                                                200 Passaic St.
                                                Hackensack, NJ 07601
                                                (201) 766-4800 (Office)
                                                (201) 345-3789 (Fax)
                                                alan@peyroutonlaw.com

                                                *Counsel for Plaintiffs*

**Cc:**
Leonard V. Jones
Chasan Lamparello Mallon & Cappuzzo, PC
300 Lighting Way, Suite 200
Secaucus, NJ 07094

*Counsel for Defendant*