March 16, 2022

**<u>Via ECF</u>**
The Honorable Leda Dunn Wettre
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:     *Alfaro v. Rempusheski*, No. 2:21-cv-02271-MCA-LDW

Dear Judge Wettre:

I represent the Plaintiffs in the above-captioned matter and write to request an adjournment of the Initial Scheduling Conference set for March 21, 2022. Since this Court's last order dated February 11, 2022, the parties have continued to engage in settlement negotiations and are now very close to reaching an agreement. Specifically, the parties have reached a settlement in principle with respect to payment, but are still working out some important details regarding other aspects of the settlement. Therefore, Plaintiffs believe it is in the best interest of the parties to adjourn the Initial Scheduling Conference and stay all related discovery obligations or, alternatively, to convert the conference into a settlement conference.

As of this writing, Plaintiffs have not heard back from Defendant regarding how he would like to proceed and thus do not know whether he consents to this request.

Thank you for your consideration.

Respectfully submitted,

s/ Alan G. Peyrouton
Alan G. Peyrouton
Peyrouton Law
200 Passaic St.
Hackensack, NJ 07601
(201) 766-4800 (Office)
(201) 345-3789 (Fax)
alan@peyroutonlaw.com

*Counsel for Plaintiffs*

**Cc:**
Leonard V. Jones
Chasan Lamparello Mallon & Cappuzzo, PC
300 Lighting Way, Suite 200
Secaucus, NJ 07094

*Counsel for Defendant*