# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

KEVIN ALFARO and
GEORGANA SZISZAK,

    *Plaintiffs*,

v.

MICHAEL REMPUSHESKI,

    *Defendant*.

Case No. 2:21-cv-02271-MCA-LDW

## **JOINT STIPULATION OF DISMISSAL**

Plaintiffs Kevin Alfaro and Georgana Sziszak and Defendant Michael Rempusheski, by and through undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party to bear their own costs.

Dated: May 27, 2022

    Respectfully submitted,

    */s/ Alan G. Peyrouton*
    ALAN G. PEYROUTON
    Peyrouton Law
    200 Passaic Street
    Hackensack, NJ 07601
    Tel.: 201-766-4800
    Fax: 201-345-3789
    alan@peyroutonlaw.com

SHELBY B. CALAMBOKIDIS*
Institute for Constitutional
    Advocacy and Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel.: 202-661-6599
Fax: 202-661-6730
sc2053@georgetown.edu
*Admitted to practice *pro hac vice*

*Counsel for Plaintiffs*


/s/ Leonard V. Jones
*Signed by Alan G. Peyrouton with the permission of Leonard V. Jones*
LEONARD V. JONES
Chasan Lamparello Mallon
    & Cappuzzo, PC
300 Lighting Way, Suite 200
Secaucus, NJ 07094

*Counsel for Defendant*